**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

SOUTHERN DIVISION
6411 IVY LANE, SUITE 710
GREENBELT, MARYLAND  20770
TOLL FREE: (888) 387-3384
MAIN LINE: (301) 344-0600
OPERATOR LINE: (301) 344-2338
FAX: (301) 344-0019

**JAMES WYDA**                                                                                                       **SEAN McKEE**
FEDERAL PUBLIC DEFENDER                                                       ASSISTANT FEDERAL PUBLIC DEFENDER

November 1, 2023

The Honorable Theodore D. Chuang
United States District Court
for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**Re:** *United States v. Davon William Freeman*, 22-cr-454-TDC

Dear Judge Chuang:

      I represent Mr. Davon Freeman in the above-captioned case.  Based on my recent communication with Mr. Freeman, I respectfully request an attorney inquiry hearing be set.  Should the Court need additional information, Counsel is able to supplement this correspondence *ex parte*.

      Thank you for the Court's attention to this matter.

                                                      Sincerely,

                                                      *//s// Sean McKee*

                                                      Sean McKee
                                                      Assistant Federal Public Defender